1  SCHIFF HARDIN LLP
   WILLIAM J. CARROLL (CSB #118106)
2  SARAH R. SPEAKMAN (CSB #215085)
   One Market, Spear Street Tower, 32nd Floor
3  San Francisco, CA 94105
   Telephone:   (415) 901-8700
4  Facsimile:   (415) 901-8701

5  Attorneys for Defendant
   THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


PATRICIA MCMAHON,                          Case No.:  C 07 5173 CW

            Plaintiff,
                                           **WITHDRAWAL OF NOTICE OF REMOVAL**
      v.

THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA,

            Defendant.

- 1 -

WITHDRAWAL OF NOTICE OF REMOVAL                          Case No.: C 07 5173 CW

1  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA:
3      Defendant, THE REGETNS., by and through its counsel of record, SCHIFF
4  HARDIN LLP, hereby withdraws its Notice of Removal which was filed on October 9,
5  2007. The reason for the withdrawal of the Notice is that Plaintiff has agreed to amend
6  her Complaint.

8  DATED: October 11, 2007          SCHIFF HARDIN LLP

10                                  By _____
11                                  William J. Carroll
                                    Sarah R. Speakman
                                    Attorneys for Defendant
12                                  THE REGENTS OF THE UNIVERSITY OF
                                    CALIFORNIA

14  SF\ 9021578.1

WITHDRAWAL OF NOTICE OF REMOVAL                - 2 -                Case No.: C 07 5173 CW

**PROOF OF SERVICE**
McMahon v. Regents of the University of California, et al.
San Francisco Superior No. CGC 07-466771

I, the undersigned, certify and declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is One Market, Spear Street Tower, 32nd Floor, San Francisco, California. On the date stated below, at San Francisco, California, I served the attached document(s) on the parties in this action as follows:

**WITHDRAWAL OF NOTICE OF REMOVAL**

☑ **BY MAIL**: By placing the document(s) listed above in a sealed envelope with postage thereon fully prepared, in the United States Mail at San Francisco, California at addressed as set forth above (pursuant to C.C.P. § 1013).

☑ **BY FACSIMILE**: By transmitting via facsimile the document(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m. (pursuant to C.C.P. § 1013).

Brad Yamauchi
Lisa Charbonneau
Minami Tamaki LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel: (415) 788-9000
Fax: (415) 398-3887
[Counsel for Plaintiff]

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this eleventh day of October, 2007, at San Francisco, California.

_____
Stephanie R. Willis