1  SCHIFF HARDIN LLP
   WILLIAM J. CARROLL (CSB #118106)
2  SARAH R. SPEAKMAN (CSB #215085)
   One Market, Spear Street Tower, 32nd Floor
3  San Francisco, CA 94105
   Telephone:   (415) 901-8700
4  Facsimile:   (415) 901-8701

5  Attorneys for Defendant
   THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  PATRICIA MCMAHON,                    Case No.:  C 07 5173 CW

12         Plaintiff,

13     v.                               **EXHIBIT A TO WITHDRAWAL OF
                                        NOTICE OF REMOVAL**
14  THE REGENTS OF THE UNIVERSITY OF
    CALIFORNIA,
15
           Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

WITHDRAWAL OF NOTICE OF REMOVAL                          Case No.:  C 07 5173 CW

1  SCHIFF HARDIN LLP
   William J. Carroll (CSB #118106)
2  Sarah R. Speakman (CSB #215085)
   One Market, Spear Street Tower, 32nd Floor
3  San Francisco, CA 94105
   Telephone:    (415) 901-8700
4  Facsimile:    (415) 901-8701

5  Attorneys for Defendant
   THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10  PATRICIA MCMAHON,                        | Case No.:

11              Plaintiff,

12        v.                                 | **NOTICE OF REMOVAL**

13  THE REGENTS OF THE UNIVERSITY OF
    CALIFORNIA,

14

15              Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

08769.00002
670975.1

- 1 -

NOTICE OF REMOVAL

SCHIFFHARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR

2   THE NORTHERN DISTRICT OF CALIFORNIA:

3        Pursuant to 28 U.S.C. §§ 1441, Defendant The Regents of the

4   University of California, ("the Regents") hereby files this Notice of Removal

5   showing this Honorable Court the following:

6        1.    Plaintiff filed this putative action against the Regents in the

7   Superior Court of the State of California, County of San Francisco, Case

8   No. CGC-07-466771, on August 30, 2007.  True and correct copies of all

9   process, pleadings and orders on file with the Clerk of the Superior Court of

10  the State of California, County of San Francisco, specifically including

11  copies of the Complaint and Summons, are appended hereto as Exhibit "A".

12       2.    The Regents first received a copy of the Complaint and

13  Summons on September 6, 2007 by service.[1]  This Notice of Removal is

14  timely filed under 28 U.S.C. § 1446(b).

15       3.    In their Complaint, Plaintiff alleges she was paid wages at a rate

16  less than the rate of wages paid to employees of the opposite sex for equal

17  work performed under similar working conditions in violation of 29 U.S.C. §

18  206(d).

19       4.    This action is therefore properly removed to this Court because

20  this Court has original subject matter jurisdiction over the claims brought by

21  Plaintiffs.  28 U.S.C. § 1441(b).  This Court has original subject matter

22  jurisdiction over the claims brought by Plaintiffs, under 29 U.S.C. § 206(d).

23       6.    A Removal Notice, together with a copy of this Notice, shall be

24  filed with the Clerk of the Superior Court of the State of California, County of

25  San Francisco, and shall be served on counsel for the named Plaintiff.

26

27       [1] The Regents do not concede that service of process was effective or sufficient, and the Regents reserve the right to assert insufficiency of service of process as an

28  affirmative defense.

1  WHEREFORE, THE REGENTS hereby removes this case from the

2  Superior Court of the State of California, County of San Francisco, to the

3  United States District Court for the Northern District of California.

4

5  DATED:  October 9, 2007                SCHIFF HARDIN LLP

6

7  By _____
   William J. Carroll

8     Sarah R. Speakman
   Attorneys for Defendant

9  THE REGENTS OF THE
   UNIVERSITY OF CALIFORNIA

10

11
SF\ 9012237.1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08769.00002
670975.1                              - 3 -
NOTICE OF REMOVAL

SCHIFFHARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**PROOF OF SERVICE**
*McMahon v. Regents of the University of California, et al.*
*San Francisco Superior No. CGC 07-466771*

I, the undersigned, certify and declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is One Market, Spear Street Tower, 32nd Floor, San Francisco, California. On the date stated below, at San Francisco, California, I served the attached document(s) on the parties in this action as follows:

**NOTICE OF REMOVAL**

☑   **BY PERSONAL DELIVERY**: By causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth above (pursuant to C.C.P. § 1011).

☑   **BY MAIL**: By placing the document(s) listed above in a sealed envelope with postage thereon fully prepared, in the United States Mail at San Francisco, California at addressed as set forth above (pursuant to C.C.P. § 1013).

Brad Yamauchi
Lisa Charbonneau
Minami Tamaki LLP
360 Post Street, 8th Floor
San Francisco, CA  94108
Tel:  (415) 788-9000
Fax: (415) 398-3887
[Counsel for Plaintiff]

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this ninth day of October, 2007, at San Francisco, California.

Stephanie R. Willis

08769.00002
672991.1

PROOF OF SERVICE