SCHIFF HARDIN LLP
WILLIAM J. CARROLL (CSB #118106)
SARAH R. SPEAKMAN (CSB #215085)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MCMAHON,<br><br>          Plaintiff,<br><br>     v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>          Defendant. | Case No. C 07 5173 CW<br><br>**STIPULATION AND ORDER TO REMAND TO STATE COURT**<br><br>(Superior Court of California, County of San Francisco, Case No. CGC 07 466771) |

     Plaintiff Patricia McMahon and defendant The Regents of the University of California, by and through their respective counsel, hereby agree and stipulate as follows:

     WHEREAS Plaintiff filed her Complaint on August 30, 2007 and served it on Defendant on September 6, 2007;

     WHEREAS Defendant's initial responsive pleading was due on or before October 9, 2007;

     WHEREAS on October 9, 2007, pursuant to 28 USC § 1441, Defendant filed a Notice of Removal to the United States District Court of Northern California. The case, C075173CW, was assigned to Judge Claudia Wilken;

     WHEREAS Plaintiff requested Defendant withdraw its Notice of Removal, agree to a remand of the case to California Superior Court, County of San Francisco, and

Plaintiff be allowed to file an amended Complaint. In return Plaintiff will grant Defendant an extension of time until at least November 16, 2007, to file a responsive pleading.

The parties stipulate to the following:

1. The Notice of Removal will be withdrawn by Defendant;

2. The Complaint is to be remanded to California Superior Court, County of San Francisco;

3. Plaintiff can and/or will file an Amended Complaint in California Superior Court, County of San Francisco;

4. Defendant has until November 16, 2007, or whenever the responsive pleading to the Amended Complaint is statutorily due, whichever is later, to file its responsive pleading to Plaintiff's First Amended Complaint.

DATED: October 18, 2007         SCHIFF HARDIN LLP

By _____
Sarah R. Speakman
Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

DATED: October 18, 2007         MINAMI TAMAKI LLP

By _____
BRAD YAMAUCHI
Attorneys for Plaintiff
PATRICIA McMAHON

IT IS SO ORDERED

DATED: October _____, 2007

By _____
Hon. Claudia Wilken
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT CALIFORNIA

SF\9011900.1