SCHIFF HARDIN LLP
WILLIAM J. CARROLL (CSB #118106)
SARAH R. SPEAKMAN (CSB #215085)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:     (415) 901-8700
Facsimile:     (415) 901-8701

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MCMAHON,<br><br>           Plaintiff,<br><br>      v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>           Defendant. | Case No. C 07 5173 CW<br><br>**STIPULATION AND ORDER TO REMAND TO STATE COURT**<br><br>(Superior Court of California, County of San Francisco, Case No. CGC 07 466771) |

Plaintiff Patricia McMahon and defendant The Regents of the University of California, by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS Plaintiff filed her Complaint on August 30, 2007 and served it on Defendant on September 6, 2007;

WHEREAS Defendant's initial responsive pleading was due on or before October 9, 2007;

WHEREAS on October 9, 2007, pursuant to 28 USC § 1441, Defendant filed a Notice of Removal to the United States District Court of Northern California. The case, C075173CW, was assigned to Judge Claudia Wilken;

WHEREAS Plaintiff requested Defendant withdraw its Notice of Removal, agree to a remand of the case to California Superior Court, County of San Francisco, and

SchiffHardin LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Plaintiff be allowed to file an amended Complaint.  In return Plaintiff will grant Defendant

2    an extension of time until at least November 16, 2007, to file a responsive pleading.

3        The parties stipulate to the following:

4        1.    The Notice of Removal will be withdrawn by Defendant;

5        2.    The Complaint is to be remanded to California Superior Court, County of

6    San Francisco;

7        3.    Plaintiff can and/or will file an Amended Complaint in California Superior

8    Court, County of San Francisco;

9        4.    Defendant has until November 16, 2007, or whenever the responsive

10    pleading to the Amended Complaint is statutorily due, whichever is later, to file its

11    responsive pleading to Plaintiff's First Amended Complaint.

12

13    DATED:  October _____, 2007              SCHIFF HARDIN LLP

14

15                                By _____

16                                   Sarah R. Speakman
                                   Attorneys for Defendant
17                                   THE REGENTS OF THE UNIVERSITY OF
                                   CALIFORNIA

18    DATED: October _____, 2007              MINAMI TAMAKI LLP

19

20                                By _____

21                                   BRAD YAMAUCHI
                                   Attorneys for Plaintiff
22    ///                              PATRICIA McMAHON

      IT IS SO ORDERED
23
      DATED:  October 25, 2007
24

25

26                                By _____

27                                   Hon. Claudia Wilken
                                   UNITED STATES DISTRICT COURT,
28                                   NORTHERN DISTRICT CALIFORNIA

SF\ 9011900.1