**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
510.637.3530

October 26, 2007

San Francisco Superior Court  
Civic Center Courthouse  
400 McAllister St.  
San Francisco, CA 94102

RE: CV 07-05173 CW    PATRICIA MCMAHON-v-THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
     **Your Case Number: (CGC-07-466771)**

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (X)    Certified copies of docket entries

    (X)    Certified copies of Remand Order

    ()    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Clara Pierce  
Case Systems Administrator

Enclosures  
Copies to counsel of record

NDC TR-5  Rev. 7/92  
o:\mrg\civil\remand.mrg