**UNITED STATES DISTRICT COURT**
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

October 26, 2007

**FILED**
NOV 3 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

General Court Number
510.637.3530

**ENDORSED**
**FILED**
San Francisco County Superior Court

OCT 29 2007

GORDON PARK-LI, Clerk
BY: JEANETTE SANTOS
Deputy Clerk

San Francisco Superior Court
Civic Center Courthouse
400 McAllister St.
San Francisco, CA 94102

RE: <u>CV 07-05173 CW    PATRICIA MCMAHON-v-THE REGENTS OF THE UNIVERSITY OF CALIFORNIA</u>
**Your Case Number: (CGC-07-466771)**

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (X)    Certified copies of docket entries

    (X)    Certified copies of Remand Order

    ( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: /s/ Clara Pierce
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg